UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHEET METAL AND AIR CONDITIONING CONTRACTORS' NATIONAL INDUSTRY FUND OF THE UNITED STATES, TRUSTEES OF, et al., | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) Case No. 4:09cv0748 TCM<br>) |
| BRICE TIBERGHIEN PLUMBING, L.L.C., | )<br>) |
| Defendant. | ) |

## ORDER

Upon review of the Court file, the Court notes that there has been no activity in this action since the filing of the return of proof of service upon defendant **Brice Tiberghien Plumbing, L.L.C.** on **May 20, 2009**.

**IT IS HEREBY ORDERED** that Plaintiffs shall, within fourteen (14) days of the date of this order, file appropriate motions for entry of default and for default judgment, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

Failure to comply with this order may result in dismissal without prejudice.

Dated this  16th  day of  June , 2009.

/s/Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE