UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SHEET METAL AND AIR CONDITIONING CONTRACTORS' NATIONAL INDUSTRY FUND OF THE UNITED STATES; et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Cause No.: 4:09-CV-748 ) |
| BRICE TIBERGHIEN PLUMBING, L.L.C. | ) ) ) |
| Defendant. | ) |

## CONSENT JUDGMENT

The parties having entered into a Stipulation for Entry of Judgment by Consent, which has been reviewed by the Court,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiffs have judgment against Defendant for $7,488.46 pursuant to the terms set forth in the attached Stipulation.

**IT IS FURTHER ORDERED** that the Court will retain jurisdiction over this matter to enforce the Stipulation.

_Jean C Hamilton_
~~Honorable Thomas C. Mummert, III~~
United States District Court Judge

Dated this 14th day of September, 2009.

382253.WPD